April 09, 2010

Mr. Byron C. Keeling
Keeling & Downes, P.C.
1500 McGowen, Suite 220
Houston, TX 77004
Mr. Eric Bliss Darnell
Law Office of Eric B. Darnell
P.O. Box 121
El Paso, TX 79941

RE: Case Number: 09-0734
 Court of Appeals Number: 08-07-00314-CV
 Trial Court Number: 2001-4505

Style: ZINC NACIONAL, S.A.
 v.
 BOUCHÉ TRUCKING, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.
You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would like the opinion by
email, please contact Claudia Jenks at claudia.jenks@courts.state.tx.us or call (512)463-1312 ext.
41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc: |Mr. Gilbert Sanchez |
| |Ms. Denise Pacheco |
| |Mr. Roberto A. Duran |